**Earnings Statement**

**ADP EasyPay**

WESTERN FIBRE PRODUCTS, INC.
10924 VULCAN STREET
SOUTH GATE, CA 90280

Pay Period: 5/22/2010 to 5/28/2010
Pay Date: 6/01/2010
Check #: 16365

Employee Number: 0006
Department Number: 01
Social Security Number: XXX-XX-0824
Marital Status: SINGLE
Number Of Allowances: 01

JOSE PALOMO
11536 BURKE ST.
WHITTIER, CA 90606

### Hours and Earnings

| Description | Hours | Rate    | This Period | Year-To-Date |
|-------------|-------|---------|-------------|--------------|
| REGLAR      | 40.00 | 26.0000 | 1040.00     | 21424.00     |
| O/TIME      |       |         |             | 1248.00      |
| VACTON      |       |         |             | 1742.00      |

### Taxes and Deductions

| Description | This Period | Year-To-Date |
|-------------|-------------|--------------|
| FICA        | 79.56       | 1867.67      |
| FED WT      | 151.47      | 1164.62      |
| CA ST       | 51.82       | 417.44       |
| CA DIS      | 11.44       | 268.55       |
| VACBAL      |             | 67.00        |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|------------------------|-----------------------|------------------------------|---------------------|
| $24,414.00             | $1,040.00             | $294.29                      | $745.71             |

# Earnings Statement

**WESTERN FIBRE PRODUCTS**
10924 VULCAN STREET
SOUTH GATE, CA 90280

EASYPAY

Pay Period: 5/15/2010 to 5/21/2010
Pay Date: 5/25/2010
Check #: 16363

Employee Number: 0006
Department Number: 01
Social Security Number: XXX-XX-0824
Marital Status: SINGLE
Number Of Allowances: 01

**JOSE PALOMO**
11536 BURKE ST.
WHITTIER, CA 90606

### Hours and Earnings

| Description | Hours | Rate | This Period | Year-To-Date |
|---|---|---|---|---|
| REGLAR | 40.00 | 26.0000 | 1040.00 | 20384.00 |
| O/TIME | | | | 1248.00 |
| VACTON | | | | 1742.00 |

### Taxes and Deductions

| Description | This Period | Year-To-Date |
|---|---|---|
| FICA | 79.56 | 1788.11 |
| FED WT | 151.47 | 1013.15 |
| CA ST | 51.82 | 365.62 |
| CA DIS | 11.44 | 257.11 |
| VACBAL | - | 67.00 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $23,374.00 | $1,040.00 | $294.29 | $745.71 |

# Earning Statement

**WESTERN FIBRE PRODUCTS, INC.**
10924 VULCAN STREET
SOUTH GATE, CA 90280

EasyPay

| | |
|---|---|
| Pay Period: | 5/08/2010 to 5/14/2010 |
| Pay Date: | 5/18/2010 |
| Check #: | 16361 |

| | |
|---|---|
| Employee Number: | 0006 |
| Department Number: | 01 |
| Social Security Number: | XXX-XX-0824 |
| Marital Status: | SINGLE |
| Number Of Allowances: | 01 |

**JOSE PALOMO**
11536 BURKE ST.
WHITTIER, CA 90606

### Hours and Earnings

| Description | Hours | Rate | This Period | Year-To-Date |
|---|---|---|---|---|
| REGLAR | 40.00 | 26.0000 | 1040.00 | 19344.00 |
| O/TIME | 10.00 | 39.0000 | 390.00 | 1248.00 |
| VACTON | | | | 1742.00 |

### Taxes and Deductions

| Description | This Period | Year-To-Date |
|---|---|---|
| FICA | 109.39 | 1708.55 |
| FED WT | 250.12 | 861.68 |
| CA ST | 92.79 | 313.80 |
| CA DIS | 15.73 | 245.67 |
| VACBAL | - | 67.00 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $22,334.00 | $1,430.00 | $468.03 | $961.97 |

SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL  60179

PALOMO, ORALIA
11536 BURKE ST
WHITTIER, CA  90606

Employee ID 01022707070
Department 0114999015
Location 01149
Pay Rate $8.31
Benefit Rate $8.31

| Check Date | 06/04/2010 | Pay Begin Date | 05/23/2010 |
|---|---|---|---|
| Check # | 23376260 | Pay End Date | 05/29/2010 |
| Gross Amount | $143.35 | Net Amount | $128.11 |

$128.11 was deposited in checking account # XXXXXX0708

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Amount | Y-T-D Hours | Y-T-D Amount |
|---|---|---|---|---|---|
| Fda |  | .00 | $.00 | .00 | $2.20 |
| Reg Ern | 8.31 | 17.25 | $143.35 | 485.94 | $4,038.16 |
| Vacation |  | .00 | $.00 | 25.00 | $207.75 |
| TOTAL |  | 17.25 | $143.35 | 510.94 | $4,248.11 |

**TAXES**

| Description | Current Amount | Y-T-D Amount |
|---|---|---|
| CA SWT | $.00 | $.00 |
| SWI | $1.58 | $46.73 |
| MEDICARE | $2.08 | $61.60 |
| Federal | $2.70 | $199.29 |
| Soc Sec | $8.88 | $263.38 |
| TOTAL | $15.24 | $571.00 |

**BEFORE TAX DEDUCTIONS**

| Description | Current Amount | Y-T-D Amount |
|---|---|---|
| No Deductions | $ | $ |
| TOTAL | $.00 | $.00 |

**AFTER TAX DEDUCTIONS**

| Description | Current Amount | Y-T-D Amount |
|---|---|---|
| No Deductions | $ | $ |
| TOTAL | $.00 | $.00 |

**PAY ADJUSTMENTS ARE FOR THE PRIOR PAY PERIOD UNLESS OTHERWISE NOTED. PLEASE SEE THE STORE PEOPLE COACH/HR MANAGER FOR QUESTIONS.**

 

**SEARS, ROEBUCK AND CO.**
**3333 BEVERLY ROAD**
**HOFFMAN ESTATES, IL 60179**

PALOMO, ORALIA
11536 BURKE ST
WHITTIER, CA  90606

Employee ID 01022707070
Department 0114999015
Location 01149
Pay Rate $8.31
Benefit Rate $8.31

| | | | |
|---|---|---|---|
| Check Date | 05/28/2010 | Pay Begin Date | 05/16/2010 |
| Check # | 23318481 | Pay End Date | 05/22/2010 |
| Gross Amount | $122.57 | Net Amount | $111.22 |

$111.22 was deposited in checking account # XXXXXX0708

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Amount | Y-T-D Hours | Y-T-D Amount |
|---|---|---|---|---|---|
| Fda | | .00 | $.00 | .00 | $2.20 |
| Reg Ern | 8.31 | 14.75 | $122.57 | 468.69 | $3,894.81 |
| Vacation | | .00 | $.00 | 25.00 | $207.75 |
| TOTAL | | 14.75 | $122.57 | 493.69 | $4,104.76 |

### TAXES

| Description | Current Amount | Y-T-D Amount |
|---|---|---|
| CA SWT | $.00 | $.00 |
| SWI | $1.35 | $45.15 |
| MEDICARE | $1.78 | $59.52 |
| Federal | $.62 | $196.59 |
| Soc Sec | $7.60 | $254.50 |
| TOTAL | $11.35 | $555.76 |

### BEFORE TAX DEDUCTIONS

| Description | Current Amount | Y-T-D Amount |
|---|---|---|
| No Deductions | $ | $ |
| TOTAL | $.00 | $.00 |

### AFTER TAX DEDUCTIONS

| Description | Current Amount | Y-T-D Amount |
|---|---|---|
| No Deductions | $ | $ |
| TOTAL | $.00 | $.00 |

**PAY ADJUSTMENTS ARE FOR THE PRIOR PAY PERIOD UNLESS OTHERWISE NOTED. PLEASE SEE THE STORE PEOPLE COACH/HR MANAGER FOR QUESTIONS.**

 

SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179

PALOMO, ORALIA  
11536 BURKE ST  
WHITTIER, CA  90606

Employee ID 01022707070  
Department 0114999015  
Location 01149  
Pay Rate $8.31  
Benefit Rate $8.31

| | | | |
|---|---|---|---|
| Check Date | 05/14/2010 | Pay Begin Date | 05/02/2010 |
| Check # | 23184036 | Pay End Date | 05/08/2010 |
| Gross Amount | $247.06 | Net Amount | $210.04 |

$210.04 was deposited in checking account # XXXXXX0708

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Amount | Y-T-D Hours | Y-T-D Amount |
|---|---|---|---|---|---|
| Fda | | .00 | $.00 | .00 | $2.20 |
| Reg Ern | 8.31 | 29.73 | $247.06 | 434.94 | $3,614.35 |
| Vacation | | .00 | $.00 | 25.00 | $207.75 |
| TOTAL | | 29.73 | $247.06 | 459.94 | $3,824.30 |

### TAXES

| Description | Current Amount | Y-T-D Amount |
|---|---|---|
| CA SWT | $.00 | $.00 |
| SWI | $2.72 | $42.07 |
| MEDICARE | $3.58 | $55.45 |
| Federal | $15.40 | $191.82 |
| Soc Sec | $15.32 | $237.11 |
| TOTAL | $37.02 | $526.45 |

### BEFORE TAX DEDUCTIONS

| Description | Current Amount | Y-T-D Amount |
|---|---|---|
| No Deductions | $ | $ |
| TOTAL | $.00 | $.00 |

### AFTER TAX DEDUCTIONS

| Description | Current Amount | Y-T-D Amount |
|---|---|---|
| No Deductions | $ | $ |
| TOTAL | $.00 | $.00 |

**PAY ADJUSTMENTS ARE FOR THE PRIOR PAY PERIOD UNLESS OTHERWISE NOTED. PLEASE SEE THE STORE PEOPLE COACH/HR MANAGER FOR QUESTIONS.**

